**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-2075

WILLIAM BARNES,

Plaintiff - Appellant,

versus

KOMORI AMERICA CORPORATION,

Defendant - Appellee,

and

KOMORI PRINTING MACHINERY COMPANY, LIMITED,

Defendant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Marvin J. Garbis, Senior District Judge. (CA-03-345-MJG)

Submitted: January 4, 2006        Decided: April 4, 2006

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eugene A. Shapiro, SHAPIRO & SCHAUB, P.A., Baltimore, Maryland, for Appellant. Sean P. Edwards, SEMMES, BOWEN & SEMMES, P.C., Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Barnes appeals the district court's order granting summary judgment in favor of Komori America Corporation with respect to his civil action alleging a single count of strict liability design defect under Maryland law. We review the granting of summary judgment <u>de novo</u>. <u>Higgins v. E.I. DuPont de Nemours & Co.</u>, 863 F.2d 1162, 1167 (4th Cir. 1988). A motion for summary judgment may be granted if "there is no genuine issue as to any material fact and . . . the moving party is entitled to a judgment as a matter of law." Fed. R. Civ. P. 56(c). After thoroughly reviewing the parties' briefs, the record, and the district court's opinion and orders in this case, we find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Barnes v. Komori Am. Corp.</u>, No. CA-03-345-MJG (D. Md. August 16, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>